UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER ARNOLD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:07CV198 RWS |
| AMADA NORTH AMERICA, INC. | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that Plaintiff's motion to continue the trial setting in this matter [#48] is **GRANTED**. The trial is reset and will be held on **Monday, December 8, 2008 at 9:00 a.m.** in Courtroom 10 South.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of July, 2008.